**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                          Case No. 3:03CR100/RV

**DEREK R. EVANS**
_____/

## ORDER REDUCING SENTENCE

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure.  (Doc. 24)  The Government has certified defendant Evans' subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Evans' sentence and judgment entered herein on December 10, 2003, is hereby amended and his sentence of imprisonment is reduced from a term of seventy-eight (78) months to a term of forty months (40) months.  In all other respects, the defendant's judgment of December 10, 2003 (doc. 21), remains in full force and effect.

DONE AND ORDERED this 23rd day of October, 2006.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON
Senior U.S. District  Judge**